**Lester J. GENDRON,
Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

No. 74–2628.

United States Court of Appeals,
Ninth Circuit.

Oct. 22, 1975.

Lester J. Gendron (in pro per.) Gendron & Gendron, Madera, Cal. (argued), for plaintiff-appellant.

Lawrence Shearer, Atty. (argued), Dept. of Justice, Washington, D. C., for defendant-appellee.

OPINION

Before BARNES and KENNEDY, Circuit Judges, and CARR, District Judge.*

PER CURIAM:

Plaintiff sues the government to quiet title to certain property claimed by him, which has been administered by the United States as National Forest Land for over 70 years.

We affirm the summary judgment of dismissal with prejudice entered under Rules 12(c) and 56 of the Federal Rules of Civil Procedure, by the District Court.

We adopt as our opinion the excellent opinion of the District Court entitled *Gendron v. United States of America,* entered May 28, 1974, as it appears in 402 F.Supp. 46.

Affirmed.

* The Honorable Charles H. Carr, Senior Judge of the Central District of California, sitting by designation.

■

**KAISER INDUSTRIES CORPORATION, a Nevada Corporation**

v.

**JONES & LAUGHLIN STEEL CORPORATION.**

**KAISER INDUSTRIES CORPORATION, a Nevada Corporation,
et al.**

v.

**JONES & LAUGHLIN STEEL CORPORATION, Appellant.**

No. 74–1312.

United States Court of Appeals,
Third Circuit.

Nov. 14, 1975.

Before ADAMS, GIBBONS and WEIS, Circuit Judges.

ORDER AMENDING OPINION

It is ordered that the opinion filed April 4, 1975, 3 Cir., 515 F.2d 964, be amended by adding the following sentence to footnote 9:

The statements regarding the basic oxygen process and the contribution of the patentees to the art are based primarily upon Judge Freeman's opinion in *McLouth, (Henry J. Kaiser Co. v. McLouth Steel Corp.,* D.C., 257 F.Supp. 372) at 378–80.